PROB 12C
(6/16)

Report Date: May 26, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremiah Joseph Axtell | Case Number: 0980 1:14CR02034-LRS-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 23, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison 92 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: | September 25, 2020 |
| Defense Attorney: | TBD | Date Supervision Expires: | September 24, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and must submit to testing (which may include urinalysis or sweat patch), as directed by the supervising office, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by failing to submit to a random urinalysis at Merit Resource Services (Merit) on May 13, and 20, 2021.<br><br>Per COVID-19 procedures, Mr. Axtell's conditions of supervised release were verbally reviewed with him on September 29, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 16, as noted above.<br><br>On December 15, 2020, Mr. Axtell was instructed to call the Merit color line system and listen for the color gold. When his color gold is called, he is to report to Merit and submit to a drug screen.<br><br>On May 14, 2021, the U.S. Probation Office received a notice from Merit indicating Mr. Axtell failed to submit a random urinalysis on May 13, 2021. |

Prob12C
**Re: Axtell, Jeremiah Joseph**
**May 26, 2021**
**Page 2**

On May 24, 2021, the U.S. Probation Office received a notice from Merit indicating Mr. Axtell failed to submit a random urinalysis on May 20, 2021.

2     **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by being arrested for malicious mischief domestic violence, Yakama Tribal Police Department report number 21-003159, on May 25, 2021.

Per COVID-19 procedures, Mr. Axtell's conditions of supervised release were verbally reviewed with him on September 29, 2020. He verbally acknowledged an understanding of his conditions, which includes mandatory condition number 2, as noted above.

On May 25, 2021, this officer spoke with a Yakama Tribal police officer who was dispatched to 3020 McDonald Road in reference to a domestic call. The officer reported when he arrived, he met with Mr. Axtell. The officer reported he immediately noticed signs that Mr. Axtell was drug impaired. He stated when talking with the offender, Mr. Axtell responded he believed someone was in his home and he was attempting to look for the individual. The officer reported he was given permission to enter the home and look for anyone that may be in the residence. The officer searched the entire home and was unable to locate any individuals. The officer reported that while Mr. Axtell was looking for the individual, he damaged the residence's air conditioner unit and several items in his and his wife's bedroom. The officer questioned Mr. Axtell regarding illegal drug use. According to the officer, Mr. Axtell reported he used methamphetamine 4 days prior.

Mr. Axtell was subsequently booked into the Yakama Nation Correctional Center in Toppenish, Washington, on the charges noted above. Mr. Axtell has a Court hearing scheduled for May 26, 2021, at 1:30 p.m.

3     **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and must submit to testing (which may include urinalysis or sweat patch), as directed by the supervising office, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine on about May 25, 2021.

Per COVID-19 procedures, Mr. Axtell's conditions of supervised release were verbally reviewed with him on September 29, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 16, as noted above.

On May 25, 2021, this officer spoke with a Yakama Tribal police officer who was dispatched to 3020 McDonald Road in reference to a domestic call. The officer reported when he arrived, he met with Mr. Axtell. The officer reported he immediately noticed signs that Mr. Axtell was drug impaired. The officer questioned Mr. Axtell regarding illegal drug use. According to the officer, Mr. Axtell reported he used methamphetamine 4 days prior.

Prob12C
**Re: Axtell, Jeremiah Joseph**
**May 26, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 26, 2021

s/Jose Zepeda

Jose Zepeda
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

May 26, 2021
Date