# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: July 7, 2021

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2021

SEAN F. MCAVOY, CLERK

Name of Offender: Jeremiah Joseph Axtell        Case Number: 0980 1:14CR02034-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 23, 2014

Original Offense:     Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: September 25, 2020 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: September 24, 2024 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/26/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on about July 1, 2021.<br><br>Per COVID-19 procedures, Mr. Axtell's conditions of supervised release were verbally reviewed with him on September 29, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 16, as noted above.<br><br>On July 4, 2021, Mr. Axtell called this officer's cellular telephone and left a voice message admitting to consuming methamphetamine on July 1, 2021. On July 6, 2021, this officer called Mr. Axtell; during the conversation Mr. Axtell admitted to consuming methamphetamine and stated he wanted to be honest with this officer about his use of controlled substances. He also expressed a desire to participate in STEP Court. |

Prob12C
**Re: Axtell, Jeremiah Joseph**
**July 7, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court. Mr. Axtell is scheduled to appear before Your Honor on July 8, 2021, for a supervised release revocation hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 7, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

July 7, 2021
Date