PROB 12C
(6/16)

Report Date: February 10, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah Joseph Axtell            Case Number: 0980 1:14CR02034-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 23, 2014

Original Offense:        Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1)

Original Sentence:       Prison - 92 months             Type of Supervision: Supervised Release
                         TSR - 48 months

Asst. U.S. Attorney:     Richard Cassidy Burson        Date Supervision Commenced: September 25, 2020

Defense Attorney:        TBD                           Date Supervision Expires: September 24, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on about February 6, 2022. |
| | Per COVID-19 procedures, Mr. Axtell's conditions of supervised release were verbally reviewed with him on September 29, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 16, as noted above. |
| | On February 9, 2022, Mr. Axtell sent a text message to this officer's cellular telephone stating he screwed up and used methamphetamine a couple of nights ago. This officer called Mr. Axtell's cellular telephone; during the conversation Mr. Axtell admitted to consuming methamphetamine and stated he was around the wrong people, which led to his consumption |

Prob12C
**Re: Axtell, Jeremiah Joseph**
**February 10, 2022**
**Page 2**

of controlled substances. At the conclusion of the conversation, the offender was directed to report to the probation office to provide a urinalysis sample and discuss his recent drug use.

Mr. Axtell reported as directed and signed a drug use admission form admitting to consuming methamphetamine on February 6, 2022.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 10, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

February 11, 2022
Date