PROB 12C
(6/16)

Report Date: February 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah Joseph Axtell        Case Number: 0980 1:14CR02034-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 23, 2014

Original Offense:        Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1)

Original Sentence:        Prison - 92 months            Type of Supervision: Supervised Release
                          TSR - 48 months

Asst. U.S. Attorney:      Richard Cassidy Burson        Date Supervision Commenced: September 25, 2020

Defense Attorney:         TBD                           Date Supervision Expires: September 24, 2024

## PETITIONING THE COURT

To issue a warrant and to incorporate the alleged violations with the violations previously reported to the Court on February 10, 2022.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #16**: You must abstain from the use of illegal controlled substances, and must submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on about February 18, 2022.<br><br>Per COVID-19 procedures, Mr. Axtell's conditions of supervised release were verbally reviewed with him on September 29, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 16, as noted above.<br><br>On February 23, 2022, Mr. Axtell reported to the probation office and admitted to consuming methamphetamine on February 18, 2022. Mr. Axtell provided a presumptive positive drug test, which was sent to the laboratory for confirmation. |

Prob12C
**Re: Axtell, Jeremiah Joseph**
**February 25, 2022**
**Page 2**

3     **Special Condition #17**: You must abstain from alcohol and shall submit to testing (including urinalysis ant Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming alcohol on about February 18, 2022.

Per COVID-19 procedures, Mr. Axtell's conditions of supervised release were verbally reviewed with him on September 29, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 17, as noted above.

On February 23, 2022, Mr. Axtell reported to the probation office and admitted to consuming alcohol on February 18, 2022.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with violations previously reported to the Court. It is also recommended that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 25, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS
[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

*(signature)*
Signature of Judicial Officer

February 25, 2022
Date