PROB 12C
(6/16)

Report Date: May 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jeremiah Joseph Axtell | Case Number: 0980 1:14CR02034-LRS-1 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆▆▆ | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 23, 2014

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1) and (b)(1)(B) |
| Original Sentence: | Prison - 92 months<br>TSR - 48 months |
| Asst. U.S. Attorney: | Richard Burson |
| Defense Attorney: | Paul Shelton |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 2, 2022

Date Supervision Expires: September 1, 2024

---

### PETITIONING THE COURT

To issue a warrant.

On May 18, 2022, supervised release conditions were reviewed in person with Mr. Axtell.  He signed his revocation judgment acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7:** You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.<br><br>**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by absconding from James Oldham Treatment Center (JOTC) inpatient treatment on May 24, 2022.<br><br>On May 2, 2022, Mr. Axtell was released from Yakima County Jail to participate in inpatient treatment at JOTC in Bueana, Washington.  On May 24, 2022, this officer received a telephone call from staff at JOTC about the offender.  According to staff at JOTC, the offender absconded from the facility on May 24, 2022. Mr. Axtell did not have permission to leave the facility. |

Prob12C
**Re: Axtell, Jeremiah Joseph**
May 25, 2022
Page 2

        Mr. Axtell called this officer after he left JOTC and left several messages stating he needed to speak with this officer. This officer attempted to call Mr. Axtell back several times and calls went unanswered. On May 25, 2022, Mr. Axtell reported to the probation office and stated he left JOTC because he was being targeted and did not feel safe. Mr. Axtell also reported he is willing to go to another inpatient treatment facility.

2     **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

     **Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming a controlled substance, methamphetamine, on or about May 25, 2022.

     On May 25, 2022, Mr. Axtell reported to the probation office and provided a presumptive positive drug test for methamphetamine, which he denied using. The specimen was sent to the laboratory for confirmation. Prior to providing the drug test, Mr. Axtell stated someone at JOTC must have put a controlled substance in his food while he was at the treatment facility.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 25, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

May 25, 2022
Date