PROB 12C
(6/16)

Report Date: July 20, 2023

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah Joseph Axtell      Case Number: 0980 1:14CR02034-ACE-1

Address of Offender: ███████████████, Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: September 23, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1) and (b)(1)(B) | |
| Original Sentence: | Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 10, 2022) | Prison - 64 days<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Frances Walker | Date Supervision Commenced: May 2, 2022 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: September 1, 2024 |

## PETITIONING THE COURT

To issue a warrant.

On May 18, 2022, supervised release conditions were reviewed in person with Mr. Axtell.  He signed his revocation judgment acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

      1      **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming cocaine on July 11, 12, and 13, 2023.

        On July 14, 2023, this officer contacted Mr. Axtell at his residence.  During the contact Mr. Axtell admitted to consuming cocaine on July 11, 12, and 13, 2023.

Prob12C
**Re: Axtell, Jeremiah Joseph**
**July 20, 2023**
**Page 2**

2  **Special Condition #4**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substances.

**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming alcohol on July 11, 12, and 13, 2023.

On July 14, 2023, this officer contacted Mr. Axtell at his residence. During the contact Mr. Axtell admitted to consuming alcohol on July 11, 12, and 13, 2023.

3  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by failing to report to the Sobriety Treatment and Education Program (STEP) Court on July 19, 2023, as directed.

On July 17, 2023, Mr. Axtell was directed to attend STEP Court on July 19, 2023, at 10:30 a.m. He was again reminded the following day to attend STEP on July 19, 2023. Mr. Axtell acknowledged the reporting instructions and made a commitment to show up for STEP Court.

On July 19, 2023, Mr. Axtell sent this officer a text message during the STEP Court session and stated he forgot about STEP. This officer spoke with Mr. Axtell after the STEP Court session and directed him to report at 4 p.m. on July 19, 2023, for an individual STEP Court session. Mr. Axtell failed to report at 4 p.m.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 20, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
Re: Axtell, Jeremiah Joseph
July 20, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

July 20, 2023

Date