PROB 12C
(6/16)

Report Date: December 8, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah Joseph Axtell    Case Number: 0980 1:14CR02034-LRS-1

Address of Offender: ███████████████    Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 23, 2014

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1) and (b)(1)(B) |
| Original Sentence: | Prison - 92 months / TSR - 48 months    Type of Supervision: Supervised Release |
| Revocation Sentence: (March 10, 2022) | Prison - 64 days / TSR - 28 months |
| Asst. U.S. Attorney: | Courtney Pratten    Date Supervision Commenced: May 2, 2022 |
| Defense Attorney: | Alex B. Hernandez, III    Date Supervision Expires: September 24, 2024 |

## PETITIONING THE COURT

To issue a summons.

On May 18, 2022, supervised release conditions were reviewed in person with Mr. Axtell. He signed his revocation judgment acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming cocaine on or about December 5, 2023. |
| | On December 6, 2023, a family member of Mr. Axtell informed this officer that Mr. Axtell started using drugs after he provided his color line drug test at Merit on December 5, 2023. This officer unsuccessfully attempted to contact Mr. Axtell on December 6, 2023, to discuss if he started to use controlled substances. |

Prob12C
**Re: Axtell, Jeremiah Joseph**
**December 8, 2023**
Page 2

On December 7, 2023, Mr. Axtell reported to the probation office and admitted to consuming cocaine on December 5, 2023. Mr. Axtell singed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 8, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

December 19, 2023
Date