PROB 12C
(6/16)

Report Date: January 2, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 02, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jeremiah Joseph Axtell                Case Number: 0980 1:14CR02034-LRS-1

Address of Offender: ███████████████, Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: September 23, 2014

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1) and (b)(1)(B) | |
| Original Sentence: | Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 10, 2022) | Prison - 64 days<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Courtney Pratten | Date Supervision Commenced: May 2, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 24, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the alleged violations with the violations previously reported to the Court on December 8, 2023.

On May 18, 2022, supervised release conditions were reviewed in person with Mr. Axtell.  He signed his revocation judgment acknowledging an understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming cocaine on or about January 1, 2024.

On January 2, 2024, this officer contacted Mr. Axtell at his residence. During the conversation Mr. Axtell informed this officer he was struggling to maintain his sobriety and admitted to consuming cocaine on January 1, 2024.

Prob12C
**Re: Axtell, Jeremiah Joseph**
**January 2, 2024**
**Page 2**

3      <u>**Special Condition #4**</u>: You shall abstain from alcohol and shall submit to testing (including urinalysis ant Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance

<u>**Supporting Evidence**</u>: Mr. Axtell is alleged to be in violation of his supervised release conditions by consuming alcohol on or about January 2, 2024.

On January 2, 2024, at approximately 9:15 a.m. this officer contacted Mr. Axtell at his residence.  During the conversation Mr. Axtell informed this officer he was struggling to maintain his sobriety and admitted to consuming alcohol this same morning,  prior to this officer's arrival at his residence.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations with violations previously reported to the Court.   It is also recommended that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      January 2, 2024
_____

s/Phil Casey
_____

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS
[  ]   No Action
[✓]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

January 2, 2024
_____

Date